

Robert D. Katz
Direct Dial: (469) 278-5999
rkatz@katzfirm.com

January 27, 2025

U.S. District Clerk's Office - Western District of Texas
800 Franklin Avenue, Room 380
Waco, Texas 76701

Re:   *SVV Technology Innovations Inc. v. Acer Inc.*, No. 6:25-CV-25; -26; -27 (W.D. Tex.)

Dear Clerk of Court,

My firm represents the plaintiff, SVV Technology Innovations Inc., in the above-referenced matters. I write to request that you send the enclosed process documents to the defendant, ASUSTeK Computer Inc. ("ASUSTeK"), a foreign entity, pursuant to Rule 4(f)(2)(C)(ii). The Court articulated the procedure for serving ASUSTeK by FedEx in *Atlas Global Technologies v. ASUSTek Computer Inc.*, No. 6:21-cv-820-ADA, ECF No. 31 (W.D. Tex. Mar. 4, 2022), a copy of which is included herewith for your ease of reference. Your office also served ASUSTeK on behalf of SVV previously in Nos. 6:22-cv-311, -312, -313 (W.D. Tex).

Please find included herewith (1) copies of the Complaints, Civil Cover Sheets, and Summons in the above-captioned matters; (2) a FedEx envelope into which you can pack said Complaints and Summons; (3) and a prepaid FedEx label that provides for shipment via a method that requires a signed receipt. The label is addressed to:

ASUSTeK Computer Inc.
No. 15, Li-Te Road, Beitou District
Taipei 112, Taiwan, R.O.C.

The label has a return address of:

Clerk of Court, United States District Court
800 Franklin Ave., Room 380
Waco, TX 76701

Please send copies of the Complaints and Summons in the above-captioned matters to ASUSTeK using the envelope and label included herewith. You can ship the envelope by (1) using your regular scheduled FedEx pickup, (2) dropping it off at FedEx, or (3) scheduling a pickup using the tracking number on the label, so that any charges for pickup will be invoiced directly to my firm's account. Please don't hesitate to ask any questions. Your cooperation is greatly appreciated.

Very truly yours,

Robert D. Katz

8350 N. Central Expressway, Suite 1900, Dallas, TX 75206 ● Tel: 972-865-8000 ● Fax: 888-231-5775 ● www.katzfirm.com



ORIGIN ID:ACTA (254) 750-1501
Clerk of Court

United States District Court
800 Franklin Ave, Room 380
WACO, TX 76701
US

TO ASUSTeK Computer Inc.

No. 15, Li-Te Road
Beitou District
Taipei 112,
TW

SHIP DATE: 31JAN25
ACTWGT: 0.50 LB
CAD: 1775576/INET4820

BILL SENDER
EIN/VAT:

886228943447



(TW)

AWB



TRK# 7716 8015 6295    Form 0430

DSR
PKG:ENV

INTL PRIORITY
REF: SVVTI-ASUS 2025
DESC1:Legal Documents
DESC2:
DESC3:
DESC4:
EEI: NO EEI 30.37(a)

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

CTRY/TERR MFR: US
CARRIAGE VALUE: 10.00 USD
CUSTOMS VALUE: 10.00 USD

SIGN: Clerk of Court
T/C: S 263210123
D/T: S 263210123

The Montreal or Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract on the reverse.

FEDEX AWB COPY - PLEASE PLACE IN POUCH