# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **FERID ALLANI,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **No. 6:24-CV-00305-LS** |
| **v.** | § | |
| | § | |
| **GOOGLE, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER DENYING PLAINTIFF'S MOTION TO RELATE AND REASSIGN CASE

The Clerk assigned the two patent cases that Plaintiff filed in the Waco Division on June 3, 2024, to two different judges, Judge Alan Albright[1] ("the Apple case") and the undersigned ("the Google case"). Plaintiff does not seek consolidation of the cases but instead moves to relate and reassign the Google case to Judge Albright on a theory that it is "related" to the Apple case. I respectfully deny the motion.

This Waco Division case was assigned to me under this District's standing order randomly assigning Waco Division patent cases to district judges in other divisions.[2] Plaintiff's reliance on an El Paso Division order[3] for the proposed transfer is misplaced because that order applies only to El Paso Division cases. His reliance on a Judge Albright case management standing order[4] is also misplaced because it applies only to Judge Albright cases and does not require, much less

---

[1] *Allani v. Apple, Inc.*, 6:24-cv-304-ADA, ECF No. 1 (W.D. Tex. June 3, 2024).

[2] Order Assigning the Business of the Court as it Relates to Patent Cases (May 30, 2024), https://www.txwd.uscourts.gov/wp-content/uploads/2024/05/Order-re-Patent-Cases-05302024.pdf.

[3] Order Relating to Reassignment of Civil Cases (Sept. 29, 2003), https://www.txwd.uscourts.gov/wp-content/uploads/2022/12/Standing-Order-Regarding-Notice-of-Related-Cases.pdf.

[4] Standing Order Regarding Notice of Readiness for Patent Cases (Mar. 7, 2022), https://www.txwd.uscourts.gov/wp-content/uploads/2023/01/Standing-Order-Regarding-Notice-of-Readiness-for-Patent-Cases-030722.pdf.

mention, case reassignment. Finally, attorneys for both parties have appeared in this case and Google's responsive pleading is due next week. Accordingly, Plaintiff's motion to relate and reassign this case to Judge Albright [ECF No. 12] is **DENIED**.

      **SO ORDERED.**

      **SIGNED** and **ENTERED** on August 30, 2024.

                                                  _____

                                                  **LEON SCHYDLOWER**
                                                  **UNITED STATES DISTRICT JUDGE**