IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC.<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC.,<br><br>Defendant. | Case No. 6:25-cv-00025-JKP |

**ORDER DENYING PLAINTIFF SVV'S MOTION TO RELATE AND REASSIGN CASE**

Before the Court is Plaintiff SVV Technology Inc.'s Opposed Motion to Relate and Reassign Case. In view of this District's Order Assigning the Business of the Court as it Relates to Patent Cases dated May 30, 2024, it is hereby ORDERED that the motion is DENIED.

Signed on this _____ day of _____, 2025.

_____
Jason K. Pulliam, United States District Judge