**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **SVV TECHNOLOGY INNOVATIONS INC.** <br> *Plaintiff*, <br><br> v. <br><br> **ASUSTEK COMPUTER INC.** <br> *Defendant*. | § § § § § § § § § § | **Civil Action No. 6:25-cv-25-JKP** <br> **Civil Action No. 6:25-cv-26-OLG** <br> **Civil Action No. 6:25-cv-27-OLG** |

## JOINT MOTION TO ENTER SCHEDULING ORDER

TO THE HONORABLE COURT

    Pursuant to Local Rule CV-16(c) the parties have reached agreement related to a proposed scheduling order. Attached for the Court's consideration is Exhibit A, the parties' proposed schedule order.

DATED: April 18, 2025                             Respectfully submitted,

| By: /s/*Robert D. Katz* | By: /s/ *Mark C. Lang* |
|---|---|
| Robert D. Katz | Eric A. Buresh |
| Texas Bar No. 24057936 | KS Bar No. 19895 |
| KATZ PLLC | Eric.buresh@eriseip.com |
| 6060 N. Central Expressway, Suite 560 | Michelle L. Marriott |
| Dallas, TX 75206 | KS Bar No. 21784 |
| 214-865-8000 | michelle.marriott@eriseip.com |
| 888-231-5775 (fax) | Chris R. Schmidt |
| rkatz@katzfirm.com | KS Bar No. 27833 |
| | Chris.schmidt@eriseip.com |
| **ATTORNEYS FOR PLAINTIFF** | Mark C. Lang |
| **SVV TECHNOLOGY INNOVATIONS INC.** | KS Bar No. 26185 |
| | Mark.Lang@eriseip.com |
| | ERISE IP, P.A. |
| | 7015 College Blvd., Suite 700 |
| | Overland Park, Kansas 66211 |
| | Telephone: (913) 777-5600 |
| | Facsimile: (913) 777-5601 |
| | |
| | **ATTORNEYS FOR DEFENDANT** |
| | **ASUSTEK COMPUTER INC.** |