# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC. *Plaintiff*, <br><br> v. <br><br> ASUSTEK COMPUTER INC. *Defendant*. | Civil Action No. 6:25-cv-25-JKP |

### [PROPOSED] SCHEDULING ORDER AND ORDER GOVERNING PROCEEDINGS

Pursuant to Federal Rule of Civil Procedure 16, the Court issues the following Scheduling Order:

| | | |
|---|---|---|
| 1. | April 25, 2025 | **PRELIMINARY INFRINGEMENT CONTENTIONS** <br><br> **JOIN ADDITIONAL PARTIES OR ADD NEW PATENTS AND/OR CLAIMS** |
| 2. | July 18, 2025 | **PRELIMINARY INVALIDITY CONTENTIONS** <br><br> **INEQUITABLE CONDUCT ALLEGATIONS** |
| 3. | August 1, 2025 | **EXCHANGE PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION** |
| 4. | August 15, 2025 | **EXCHANGE PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE** |
| 5. | August 22, 2025 | **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |
| 6. | September 12, 2025 | **AMEND PLEADINGS** <br><br> The parties shall file all motions to amend or supplement pleadings by this date |

| 7. | September 12, 2025 | **DISCOVERY DEADLINE ON CLAIM CONSTRUCTION ISSUES** |
|---|---|---|
| 8. | September 19, 2025 | **OPENING CLAIM CONSTRUCTION BRIEF** |
| 9. | October 10, 2025 | **RESPONSIVE CLAIM CONSTRUCTION BRIEF** |
| 10. | October 17, 2025 | **REPLY CLAIM CONSTRUCTION BRIEF** |
| 11. | October 21, 2025 | **JOINT CLAIM CONSTRUCTION CHART** |
| 12. | October 28, 2025 | **CLAIM CONSTRUCTION (*MARKMAN*) HEARING** |
| 13. | October 29, 2025 | Fact Discovery opens, deadline to serve Initial Disclosure per Rule 26(a) |
| 14. | December 12, 2025 | **DEADLINE FOR FINAL INFRINGEMENT CONTENTIONS AND TO AMEND PLEADINGS ON INFRINGEMENT CLAIMS** |
| 15. | December 19, 2025 | **PRIVILEGE LOGS**<br><br>All parties furnish privilege logs by this date |
| 16. | January 14, 2026 | **DEADLINE FOR FINAL INVALIDITY CONTENTIONS AND TO AMEND PLEADINGS ON INVALIDITY CLAIMS** |
| 17. | February 27, 2026 | **COMPLETION OF FACT DISCOVERY**<br><br>Written discovery requests are NOT timely if they are served so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after this deadline |
| 18. | March 20, 2026 | **DESIGNATION OF EXPERTS AND SERVICE OF REPORTS**<br><br>Party with burden of proof ("BOP") shall comply with Fed. R. Civ. P. 26(a)(1)(A)–(C) |
| 19. | April 30, 2026 | **DESIGNATION OF RESPONSIVE EXPERTS AND SERVICE OF REPORTS**<br><br>Party not having BOP shall comply with Fed. R. Civ. P. 26(a)(2)(A)–(C) |

| 20. | May 29, 2026 | **COMPLETION OF EXPERT DISCOVERY** |
|---|---|---|
| 21. | June 19, 2026 | **DISPOSITIVE AND NON-DISPOSITIVE MOTIONS DEADLINES (INCLUDING *DAUBERT* MOTIONS)** |
| 22. | June 26, 2026 | **ADR/MEDIATION**<br><br>*See* Local Rule CV-88. The parties shall mediate this case on or before this date, unless the parties seek an order from the court excusing them from mediation. |
| 23. | August 14, 2026 | **PRETRIAL CONFERENCE**<br><br>The parties should consult Local Rule CV-16 regarding matters to be filed in advance of the pretrial conference and/or trial. |
| 24. | August 28, 2026 | **JURY SELECTION AND TRIAL** |

Signed on this _____ day of _____, 2025.

_____
JASON K. PULLIAM, UNITED STATES DISTRICT JUDGE