UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**SVV TECHNOLOGY INNOVATIONS INC.**,

    *Plaintiff*,

v.

**ASUSTEK COMPUTER INC.**,

    *Defendant*.

Case No.  6:25-CV-00025-JKP

## ORDER

Before the Court is Plaintiff SVV Technology Innovations Inc.'s ("SVV") Opposed Motion to Relate and Reassign Case. *ECF No. 11*. Defendant ASUSTeK Computer Inc. ("ASUSTeK") filed a Response, to which SVV filed a Reply. *ECF Nos. 16, 17*. Both also filed Supplemental Briefing. *ECF Nos. 18, 26*. Upon consideration, the Motion is GRANTED. *ECF No. 11*.

In the Motion, SVV seeks "an order relating the instant case [6:25-CV-00025] to the case styled as *SVV Technology Innovations Inc. v. ASUSTeK Computer Inc.*, [No. 6:22-CV-00312], and reassigning this case to Judge [Alan D.] Albright, the judge presiding over [No. 6:22-CV-00312]." *ECF No. 11 at 2*. In its Response, ASUSTeK does not contest the relatedness of the two cases. Instead, ASUSTeK opposes SVV's request based on the May 30, 2024 "Order Assigning the Business of the Court as it Relates to Patent Cases" (the "2024 Order")[1], claiming the 2024 Order limits SVV to "consolidation" only. *ECF No. 16*. In its Reply, SVV points the Court to other instances where cases related to formerly or currently pending cases were transferred to Judge Alan D. Albright. *ECF No. 17 at 3*.

---

[1] Order Assigning the Business of the Court as it Relates to Patent Cases (May 30, 2024), https://www.txwd.uscourts.gov/wp-content/uploads/2024/05/Order-re-Patent-Cases-05302024.pdf.

The Court finds the 2024 Order does not disallow intra-district transfers or limit the district court's ability to "issue any other order to avoid unnecessary cost or delay" if actions before the court "involve a common question of law or fact." Fed. R. Civ. P. 42(a). As SVV points out:

> In this case, SVVTI's original complaint asserted U.S. Patent Nos. 8,740,397 ("'397 Patent"); 10,439,089 ("'089 Patent"); 10,838,135 ("'135 Patent"); 11,616,157 ("'157 Patent"); and 11,194,085 ("'085 Patent"). ECF No. 1; Mot. 2. On April 25, 2025, SVV filed an amended complaint that added U.S. Patent No. 11,846,794 ("'794 Patent"). ECF No. 23.

*ECF No. 26 at 4*. In its Supplemental Briefing, SVV lists five pre-judgment cases pending before Judge Albright involving these patents and four post-judgment or closed cases involving these patents. *Id. at 5–6*. The Court reviewed each of the cases and finds SVV's representation accurate. This overlap provides multiple bases for efficiency, including Judge Albright's prior experience with these patents, and patents in the same family, as well as minimizing the need for multiple claim construction hearings.

Accordingly, SVV's Opposed Motion to Relate and Reassign Case, (*ECF No. 11*), is **GRANTED.** In the interest of judicial economy, it is **ORDERED** that this civil case assigned to the docket of the Undersigned is **TRANSFERRED** to the docket of the Honorable United States District Judge Alan D. Albright.

It is so ORDERED.
SIGNED this 20th day of May, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE