IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC. § § § *Plaintiff*, § § v. § § ASUSTEK COMPUTER INC. § § *Defendant*. § § | Civil Action No. 6:25-cv-00025-ADA Civil Action No. 6:25-cv-00026-OLG Civil Action No. 6:25-cv-00027-OLG JURY DEMANDED |

## NOTICE OF VENUE DISCOVERY

On June 10, 2025, Defendant ASUSTek Computer Inc. ("ASUS") filed a Motion to Transfer (ECF No. 30).[1] SVVTI hereby notifies the Court that it plans to pursue venue discovery on ASUS.

DATED: June 24, 2025

Respectfully submitted,

**SVV TECHNOLOGY INNOVATIONS, INC.**,
By its attorneys,

*Robert D. Katz*
Robert D. Katz
Texas Bar No. 24057936
KATZ PLLC
8350 N. Central Expressway, Suite 1900
Dallas, TX 75206
214.865.8000 (Telephone)
888.231.5775 (Facsimile)
rkatz@katzfirm.com

---

[1] ECF No. 23 in case 6:25-cv-00026; ECF No. 20 in case 6:25-cv-0027.