IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SVV TECHNOLOGY INNOVATIONS INC.** | § § § | |
| *Plaintiff*, | § § | Civil Action No. 6:25-cv-25-ADA |
| v. | § § | Civil Action No. 6:25-cv-26-ADA |
| **ASUSTEK COMPUTER INC** | § § § | Civil Action No. 6:25-cv-27-ADA |
| *Defendant*. | § § § | |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Pursuant to version 4.4 of the Order Governing Proceedings – Patent Case in the above-captioned case, the Parties hereby submit this Joint Motion for Entry of Scheduling Order for the case.

1

DATED: August 22, 2025 Respectfully submitted,

| | |
|---|---|
| By: /s/*Robert D. Katz*<br>Robert D. Katz<br>Texas Bar No. 24057936<br>KATZ PLLC<br>8350 N. Central Expressway, Suite 1900<br>Dallas, TX 75206<br>214-865-8000<br>888-231-5775 (fax)<br>rkatz@katzfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**SVV TECHNOLOGY INNOVATIONS INC.** | By: /s/ *Mark C. Lang*<br>Eric A. Buresh<br>KS Bar No. 19895<br>eric.buresh@eriseip.com<br>Michelle L. Marriott<br>KS Bar No. 21784<br>michelle.marriott@eriseip.com<br>Chris R. Schmidt<br>KS Bar No. 27833<br>chris.schmidt@eriseip.com<br>Mark C. Lang<br>KS Bar No. 26185<br>mark.lang@eriseip.com<br>ERISE IP, P.A.<br>7015 College Blvd., Suite 700<br>Overland Park, Kansas 66211<br>Telephone: (913) 777-5600<br>Facsimile: (913) 777-5601<br><br>**ATTORNEYS FOR DEFENDANT**<br>**ASUSTEK COMPUTER INC.** |