IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC. §<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>ASUSTEK COMPUTER INC. §<br>*Defendant*. § | Civil Action No. 6:25-cv-25-ADA |

**PLAINTIFF'S OPPOSED MOTION TO REMOVE**
**THE APPOINTMENT OF A TECHNICAL ADVISOR**

Plaintiff SVV Technology Innovations Inc. ("Plaintiff" or "SVVTI") respectfully submits this Motion seeking an order removing the appointment of the technical advisor in the instant case (the "-25 Case").

SVVTI filed its Complaint for patent infringement against ASUSTeK in the -25 Case on January 24, 2025 (ECF No. 1). On the same day, SVVTI filed the case styled as *SVV Technology Innovations Inc. v. ASUSTeK Computer Inc.*, No. 6:25-cv-26 (the "-26 Case") and *SVV Technology Innovations Inc. v. ASUSTeK Computer Inc.*, No. 6:25-cv-27 (the "-27 Case"). The -25 Case was assigned to Judge Pulliam, and the -26 and -27 Cases were assigned to Judge Garcia. Judge Pulliam and Garcia reassigned the cases to this Court. Before doing so, Judge Pulliam appointed a technical advisor in the -25 Case. Dkt. No. 27. Judge Garcia did not appoint a technical advisor. Accordingly, of the three 2025-filed cases involving SVVTI and ASUSTeK now pending before this Court, one has been assigned a technical advisor.

On September 10, 2025, ASUSTeK filed a motion consolidating the claim construction briefing for the three cases. Dkt. No. 34. SVVTI did not oppose. The Court granted the motion for claim construction consolidation on the same day. Dkt. No. 36.

Because Judge Pulliam is no longer presiding over this case, this Court should remove the appointment of a technical advisor. This Court has presided over, or is presiding over, fifteen other SVVTI cases without the need for a technical advisor. This Court also provided over two SVVTI trials without the need for a technical advisor. The Court already issued a claim construction order involving the same parties and many of the same patents (or related patents) pending in this case. *See SVV Technology Innovations Inc. v. Acer Inc.*, No. 6:22-cv-639; -640; -641 -ADA (W.D. Tex.); *SVV Technology Innovations Inc. v. ASUSTeK Computer Inc.*, No. 6:22-cv-311; -312; -313 -ADA (W.D. Tex.). The Court has also recently (August 29, 2025) issued *another* claim construction order involving SVVTI and many of the same patents (or related patents) pending in this case. *See SVV Technology Innovations Inc. v. Acer Inc.*, No. 6:24-cv-536; -538; -539 -ADA (W.D. Tex.). In sum, this Court has already expended considerable resources in becoming familiar with the patents and the technology at issue in this case.

For efficiency, and to avoid the risk of inconsistent treatment across the three co-pending cases, SVVTI respectfully asks the Court to rescind the order (Dkt. No. 27) thereby removing the appointment of the technical advisor from the -00025 Case.

DATED: September 12, 2025    Respectfully submitted,

/s/*Robert D. Katz*
Robert D. Katz
Texas Bar No. 24057936
KATZ PLLC
8350 N. Central Expressway, Suite 1900
Dallas, TX 75206
214-865-8000
888-231-5775 (fax)
rkatz@katzfirm.com

**ATTORNEYS FOR PLAINTIFF
SVV TECHNOLOGY INNOVATIONS INC.**

## CERTIFICATE OF CONFERENCE

I hereby certify that the undersigned, as counsel for Plaintiff, conferred with Mark Lang, counsel for Defendant. via email on September 12, 2025 regarding the issue raised in this Motion. During the email exchange, Defendant indicated that it is opposed to the relief sought herein.

/s/*Robert D. Katz*
Robert D. Katz