UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC.<br><br>Plaintiff,<br><br>ASUSTEK COMPUTER INC.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§  Case No. 6:25-cv-00025-ADA<br>§<br>§<br>§<br>§<br>§ |

**ASUSTEK COMPUTER INC.'S RESPONSE TO PLAINTIFF'S MOTION TO REMOVE THE APPPOINTMENT OF A TECHNICAL ADVISOR (DR. JOSHUA YI) (DKT. 37)**

Defendant ASUSTeK Computer Inc. ("ASUSTeK" or "Defendant") respectfully submits its response to Plaintiff SVV Technology Innovations Inc.'s ("SVV") Motion to Remove the Appointment of a Technical Advisor (Dkt. 37).

On May 5, 2025, Judge Pulliam appointed Dr. Joshua Yi to serve as the Technical Advisor to assist in drafting a claim construction order and, depending on the needs of the case, assist the Court with motions for summary judgment, Daubert motions, and post-trial motions. Dkt. 27. SVV did not object to the appointment of Dr. Yi at that time, or when this case was transferred to this Court's docket on May 20. Dkt. 29. Instead, it waited until the parties were well into the claim construction process.

ASUSTeK respectfully submits that in view of the substantial number of issues in the cases consolidated for claim construction (i.e., this case as well as Nos. 6:25-cv-00026 and 6:25-cv-00027), Dr. Yi's assistance could be beneficial. This case involves 11 patents not previously asserted by SVV. Of those new patents, 8 are in 3 families that the Court has not considered.  For purposes of claim construction, while the Court has previously construed terms from some of the patents at issue, there are many new issues of claim construction presented in ASUSTeK's Opening Claim Construction Brief

(Dkt. 38), which identifies 25 disputed terms in total from the 18 patents asserted across the 3 cases. The disputes include numerous terms or issues that the Court has not previously considered, resulting in a likely significant expenditure of judicial time for which Dr. Yi is well-positioned to assist.

Accordingly, ASUSTeK respectfully requests that the Court deny SVV's motion and maintain Dr. Yi's appointment for purposes of claim construction in this case, in addition to appointing Dr. Yi in the other 2 cases.

Dated: September 17, 2025				Respectfully submitted,

By: /s/ *Mark C. Lang*
Eric A. Buresh
KS Bar No. 19895
Eric.buresh@eriseip.com
Michelle L. Marriott
KS Bar No. 21784
michelle.marriott@eriseip.com
Chris R. Schmidt
KS Bar No. 27833
Chris.schmidt@eriseip.com
Mark C. Lang
KS Bar No. 26185
mark.lang@eriseip.com
ERISE IP, P.A.
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

Mark D. Siegmund
State Bar No. 24117055
Email: msiegmund@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES, PLLC
7901 Fish Pond Road, Suite 200
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

*Attorneys for ASUSTeK Computer Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 17, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Mark C. Lang*
Mark C. Lang
