UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ASUSTEK COMPUTER INC., <br><br> *Defendant*. | § § § § § § § § § § § <br><br> CIVIL NO. 6:25-CV-00025-ADA <br> CIVIL NO. 6:25-CV-00026-ADA <br> CIVIL NO. 6:25-CV-00027-ADA |

## CONSOLIDATION ORDER

The Court hereby **ORDERS** that Civil Action Nos. 6:25-cv-00026 & 6:25-cv-00027 be consolidated into Civil Action No. 6:25-cv-00025 for all purposes, including trial. This order shall be docketed on all three actions.

Case No. 6:25-cv-00025 shall be designated as the "Lead Case." The parties shall make all future filings in the Lead Case's docket.

The Court further **ORDERS** that the scheduling order in the Lead Case will govern all deadlines up to and including trial in all above captioned cases, consistent with the parties' submitted scheduling orders.

**SIGNED** this 30th day of September, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE