IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC. *Plaintiff*, <br><br> v. <br><br> ASUSTEK COMPUTER INC. *Defendant*. | § § § § § § § § § § §     Civil Action No. 6:25-cv-25-ADA (Lead Case) |

**ORDER GRANTING**
<u>**MOTION TO REMOVE THE APPOINTMENT OF TECHNICAL ADVISOR**</u>

Before the Court is Plaintiff SVV Technology Innovations Inc.'s Motion to Remove the Appointment of a Technical Advisor. Having carefully considered the relevant facts and submissions, the Court find that the Motion is well-taken.

Accordingly, it is hereby ORDERED that the motion is GRANTED and that the order of Dkt. No 27 appointing a technical advisor is rescinded.

Signed on this 4th day of November, 2025.

ALAN D ALBRIGHT, UNITED STATES DISTRICT JUDGE