**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **SVV TECHNOLOGY INNOVATIONS INC.**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**ASUSTEK COMPUTER INC.**<br><br>***Defendant.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 6:25-cv-00025-ADA**<br>**Civil Action No. 6:25-cv-00026-ADA**<br>**Civil Action No. 6:25-cv-00027-ADA**<br><br>**JURY DEMANDED** |

**<u>JOINT CLAIM CONSTRUCTION STATEMENT</u>**

| **Terms in Dispute** | | | | |
|---|---|---|---|---|
| **Ref.** | **Claim Terms Phrases, or Clauses for Construction** | **Referenced Patents/Claims** | **Plaintiff's Proposed Construction** | **Defendant's Proposed Construction** |
| 1. | Claims as a whole.<br><br>[Proposed by ASUSTeK] | '197 Patent (All Claims); '340 Patent (All Claims); '621 Patent (All Claims) | Not limited | The claims read only on face-lit illumination systems, and methods of making the same, and not edge-lit illumination systems |
| 2. | "randomized"<br><br>[Proposed by SVV] | '135 Patent (Claim 2) | "randomized": placed in positions that do not follow a simple, repeating pattern. It does not require a complete lack of predictability. | Indefinite. |
| | "randomized positions within the two- | '342 Patent (Claim 1) | [no construction required if | Indefinite. |

| | | | | |
|---|---|---|---|---|
| | dimensional pattern”<br><br>[Proposed by both] | | “randomized” is construed]<br><br>“randomized positions”: “positions that do not follow a regular or periodic geometric spacing pattern” or “positions that are not fixed in a uniform or regularly repeating arrangement” or “not having a regular, ordered, or periodic pattern, but does not have to be completely random or unpredictable”; | |
| | “randomized two-dimensional pattern” /<br><br>[Proposed by both] | ’085 Patent (Claim 2, 26) | [no construction required if “randomized” is construed]<br><br>“randomized two-dimensional pattern”: “two-dimensional arrangement of elements that is not fixed in a uniform or regularly repeating order” | Indefinite. |
| | “the two-dimensional pattern is random or quasi-random”<br><br>[Proposed by both] | ’2562 Patent (Claim 4) | “quasi-random”: A non-repeating arrangement that approximates randomness. | Indefinite. |
| 3. | light coupling element<br><br>[Proposed by ASUSTeK] | ’197 Patent (Claim 1); ’340 Patent (Claims 2, 3); ’621 | Plain and ordinary meaning.<br><br>Alternatively, “an optical structure | “an optical structure, distinct from the side-emitting LED packages and the optically |

| | | | | |
|---|---|---|---|---|
| | | Patent (Claims 3, 4) | designed to facilitate transfer of light between distinct optical components (e.g., from a light source such as LED to a waveguide)." | transmissive material/sheet, designed to facilitate transfer of light between those two components" |
| 4. | light coupling area<br><br>[Proposed by both] | '621 Patent (Claims 1, 2, 3, 17, 19, 26); '340 Patent (Claims 1, 2, 11, 14); '197 Patent (Claims 3, 4) | "an area of the optically transmissive sheet that receives and conditions external light" | "an area of the first or second broad-area surface that receives and conditions external light" |
| 5. | Claims as a whole.<br><br>[Proposed by ASUSTeK] | '088 Patent (All Claims); '089 Patent (All Claims); '157 Patent (All Claims); '475 Patent (All Claims); '951 Patent (All Claims); | Not limited | The claims read only on light trapping/collecting systems and not illumination systems. |
| | | '306 Patent (All Claims) | Not limited | The claims read only on light trapping/collecting systems and not illumination systems. |
| 6. | "quantum dot"<br><br>[Proposed by SVV] | '088 Patent (Claim 26); '089 Patent (Claims 14, 20); '157 Patent (Claims 1, 14, 15); '475 Patent (Claims 7, 15, 22, 25); '951 Patent (Claims 8, 15, 16) | "a very small particle of semiconductor material whose size determines the color of light it absorbs or emits" | "a semiconductor nanoparticle confined in all three spatial dimensions that absorbs light for conversion into electricity" |

| | | | | |
|---|---|---|---|---|
| 7. | "band gap" / "bandgap"<br><br>[Proposed by SVV] | '088 Patent (Claim 26); '089 Patent (Claim 20); '157 Patent (Claim 1); '475 Patent (Claims 1, 14); '951 Patent (Claims 1, 17) | "the energy threshold of a semiconductor material that determines the color (wavelength) of light it absorbs and/or emits" | "the energy difference between the valence band and the conduction band of a semiconductor, representing the minimum energy required to excite an electron so that it can conduct electricity" |
| 8. | light trapping [optical] structure<br><br>[Proposed by ASUSTeK] | '089 Patent (Claim 20); '157 Patent (Claim 9); '475 Patent (Claims 9, 22, 25); '951 Patent (Claims 1, 3, 17, 18) | Plain and ordinary meaning. | "a structure that captures received light" |
| 9. | "wherein [the]/[a] thickness of the [photoresponsive]/[active] layer is less than a minimum thickness sufficient for absorbing substantially all [received light in a single pass at normal incidence]/[light in a visible spectrum traversing through the active layer in a single pass]"<br><br>[Proposed by ASUSTeK] | '089 Patent (Claims 14, 20) '157 Patent (Claims 1, 14) '475 Patent (Claims 1, 14) '088 Patent (Claim 26) '951 Patent (Claims 1, 17, 18) | Plain and ordinary meaning. | "absorbing" means "to take in light energy and produce electrical energy (e.g., charge carriers and/or electrical current) from it."<br><br>Alternatively, Indefinite. |

| | | | | |
|---|---|---|---|---|
| 10. | "linear grooves"<br><br>[Proposed by ASUSTeK] | '157 Patent (Claims 1, 14)<br>'475 Patent (Claims 1, 14)<br>'088 Patent (Claim 26)<br>'951 Patent (Claims 1, 17, 18) | Plain and ordinary meaning. | "long, narrow cuts, channels or depressions in an otherwise smooth surface, as opposed to a corrugated surface" |
| 11. | "configured to" / "configured for"<br><br>[Proposed by ASUSTeK] | '135 Patent (Claims 1, 5, 6, 11); '342 Patent (Claims 1, 3, 7, 9, 13, 15, 24, 25, 29, 33); '7562 Patent (Claims 1, 6, 7, 8, 13, 14, 19, 20); '306 Patent (Claims 2, 17, 18, 19, 21, 27, 28, 38); '089 Patent (Claims 14, 18, 19); '157 Patent (Claims 1, 9, 14); '475 Patent (Claims 1, 9, 14, 22, 25); '088 Patent (Claim 26); '951 Patent (Claims 1, 17, 18); '085 Patent (Claims 1, 19); '2562 Patent (Claims 1, 3, 4, 18); '794 Patent (Claims 1, 11, 17, 19, 20); '093 Patent (Claims 1, 12); '197 Patent (Claims 1, 3, 4); '340 Patent | Plain and ordinary meaning.<br><br>Alternatively, "capable of" | "specifically made to / for … not merely capable of …" |

| | | | | |
|---|---|---|---|---|
| | | (Claims 1, 11, 14); ’621 Patent (Claims 1, 19, 25, 26); ’397 Patent (Claims 1, 19); RE’630 Patent (Claims 17, 18, 25) | | |
| 12. | “indirectly in contact with”<br><br>[Proposed by ASUSTeK] | ’085 Patent (Claims 1, 19); ’2562 Patent (Claims 1, 18); ’093 Patent (Claim 1); ’794 Patent (Claims 1, 19, 20) | Plain and ordinary meaning. | “physically bonded or adhered to.”<br><br>Alternatively, indefinite. |
| 13. | “highly transparent optical windows”<br><br>[Proposed by ASUSTeK] | ’397 Patent (Claim 1) | Plain and ordinary meaning. | “surface portions that are more transparent than the corrugated surface”<br><br>Otherwise, “highly transparent” is indefinite. |
| 14. | “receive light”<br><br>[Proposed by ASUSTeK] | ’135 Patent (Claim 1); ’7562 Patent (Claims 14, 20); ’306 Patent (Claim 17) | Plain and ordinary meaning. | “the surface first receiving light upon light entrance into an object” |
| 15. | “substantially greater”<br><br>[Proposed by ASUSTeK] | ’135 Patent (Claim 1); ’342 Patent (Claim 19) | Plain and ordinary meaning. | Indefinite. |
| | “substantially smaller” | ’342 Patent (Claim 1) | Plain and ordinary meaning. | Indefinite. |

| | | | | |
|---|---|---|---|---|
| | [Proposed by ASUSTeK] | | | |
| | "substantially shorter"<br><br>[Proposed by ASUSTeK] | '342 Patent (Claim 28) | Plain and ordinary meaning. | Indefinite. |
| 16. | "planar lens array"<br><br>"first microstructured surface has a first plurality of light deflecting surface relief features within a first planar array"<br><br>"planar microstructured surface"<br><br>[Proposed by ASUSTeK] | 342 Patent (Claim 1); 7562 Patent (Claim 14); 135 Patent (Claims 19, 24) | Plain and ordinary meaning. | "planar" means "including a flat two-dimensional quality" |
| 17. | focal area[s] | '342 Patent (Claims 6, 10, 23); '7562 Patent (Claim 5) | focal area: "an area where light rays would converge if a lens is illuminated by a beam of light, and may include areas at a relatively small distance from the "ideal" focus of the lens" | focal area: Plain and ordinary meaning.<br><br>Alternatively, "an area where light rays would converge if a lens is illuminated by a beam of light" |
| | effective focal area<br><br>[Proposed by both] | '342 Patent (Claim 23) | effective focal area: "the resulting focal area obtained when a given material occupies the space between the lens and the focal plane" | effective focal area: "the focal area of a lens in a given material that is not air" |

| **Agreed Upon Terms** | | | |
|---|---|---|---|
| **Ref.** | **Claim Terms Phrases, or Clauses for Construction** | **Referenced Patents/Claims** | **Agreed Construction** |
| 1. | “TIR” or “total internal reflection” | ’397: 1<br>’342: 1, 22, 24<br>’088: 26<br>’089: 14<br>’306: 18, 27<br>’7562: 1, 14<br>’135: 1, 5, 6, 24<br>’RE630: 17, 25 | “the phenomenon that involves the reflection of all the incident light off the boundary between a first medium and a second medium of lower refractive index, when the angle of incidence to the second medium exceeds the critical angle” |
| 2. | optically coupled / optically coupling | ’342: 1<br>’7562: 1, 14<br>’135: 1 | “providing for transfer of light from one optical component to another” |
| 3. | retroreflect / retroreflect[ive] | ’397: 1, 19 | “reflecting light so that the paths of the reflected rays are parallel to those of the incident rays” |
| 4. | corrugated | ’397: 1, 14, 19<br>’7562: 10 | “shaped into alternating ridges and grooves” |
| 5. | “cavity” / “cavities” | ’306: 1, 2, 30<br>’135: 6 | Plain and ordinary meaning. |
| 6. | “discrete protrusion” | ’306: 20, 21, 23, 24 | Plain and ordinary meaning. |
| 7. | “focal plane” | ’342: 20; ’306: 1, 20, 33 | “a plane that is perpendicular to the optical axis of a lens or mirror and passes through the focus” |
| 8. | Whether ’088 Patent (claims 1, 3, 7, 8, 10-12, 18-19, 21-22, 24-26) and ’089 Patent (claims 1, 2, 4-5, | ’088: 26; ’089: 14, 17-20 | Preambles not limiting |

| | | | |
|---|---|---|---|
| | 7-10, 12-14, 16-20) preambles are limiting | | |

DATED: November 4, 2025

Respectfully submitted,

/s/*Robert D. Katz*
Robert D. Katz
Texas Bar No. 24057936
KATZ PLLC
8350 N. Central Expressway, Suite 1900
Dallas, TX 75206
214-865-8000
888-231-5775 (fax)
rkatz@katzfirm.com

**ATTORNEYS FOR PLAINTIFF**
**SVV TECHNOLOGY INNOVATIONS INC.**

/s/ *Mark C. Lang*
Eric A. Buresh
eric.buresh@eriseip.com
Michelle L. Marriott
michelle.marriott@eriseip.com
Chris R. Schmidt
chris.schmidt@eriseip.com
Mark C. Lang
mark.lang@eriseip.com
ERISE IP, P.A.
7015 College Blvd., Suite 700
Overland Park, Kansas 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

Mark D. Siegmund
State Bar No. 24117055
Email: msiegmund@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES, PLLC
400 Austin Ave., Ste. 903
Waco, Texas 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

**ATTORNEYS FOR DEFENDANT**
**ASUSTEK COMPUTER INC.**