# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| SVV TECHNOLOGY INNOVATIONS INC., § <br> SVV TECHNOLOGY INNOVATIONS INC. § <br> § <br> vs. § <br> § <br> ASUSTEK COMPUTER INC., ASUSTEK <br> COMPUTER INC. | CIVIL NO: <br> WA:25-CV-00025-ADA |

## ORDER RESETTING MOTIONS HEARING VIA ZOOM

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MOTIONS HEARING VIA ZOOM**, on **Thursday, November 13, 2025 at 02:00 PM**.

IT IS SO ORDERED this 7th day of November, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE